*Jess Halsted* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Hilbert P. Zarky* for respondent.

No. 106. DOYLE ET AL. *v.* LORD BALTIMORE HOTEL Co. ET AL. Court of Appeals of Maryland. Certiorari denied. *Paul Berman, Sigmund Levin* and *Theodore B. Berman* for petitioners. *Talbot W. Banks* and *Thomas G. Andrew* for respondents.

No. 108. BARTLETT ET AL. *v.* DELANEY, COLLECTOR, ET AL. C. A. 1st Cir. Certiorari denied. *Edward C. Thayer* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Maurice P. Wolk* for respondents.

No. 110. LOCAL UNION No. 807, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS ET AL. *v.* MOTOR HAULAGE Co., INC. Court of Appeals of New York. Certiorari denied. *Louis B. Boudin* for petitioners. *Joseph Rotwein* for respondent. Reported below: See 85 N. E. 2d 795.

No. 111. WRIGHT *v.* REYNOLDS, COMMISSIONER, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for respondents.

No. 112. CARR *v.* NATIONAL DISCOUNT CORP. C. A. 6th Cir. Certiorari denied. *Warren E. Miller* for petitioner. *Jason L. Honigman* for respondent.